## A02A1553. HACKNEY v. AMERICAN PRESCRIPTION PROVIDERS OF GEORGIA, INC.
### (572 SE2d 765)

BARNES, Judge.

Edmund F. Hackney appeals the denial of his motion to compel answers to request for production of documents from an out-of-state entity which is not a party to the litigation. For the reasons that follow, we must dismiss the appeal.

Our first consideration is whether we have jurisdiction over this appeal. *Atlantic-Canadian Corp. v. Hammer, Siler &c. Assoc.*, 167 Ga. App. 257 (1) (306 SE2d 22) (1983). The discovery Hackney sought in this motion to compel was allegedly relevant only to his third-party complaint against American Prescription Providers of Georgia, Inc.

After the motion to compel was denied, however, the trial court granted summary judgment to American Prescription Providers on Hackney's third-party claim, and Hackney has not appealed the grant of summary judgment. Therefore, any issue concerning the discovery dispute is moot.

> Under the Appellate Practice Act, the dismissal of an appeal is mandatory for the three specific instances contained in subsection (b) of OCGA § 5-6-48, one of which is "(3) Where the questions presented have become moot." A moot case is one which seeks to determine an abstract question which does not arise upon existing facts or rights. *Gober v. Colonial Pipeline Co.*, 228 Ga. 668, 670 (187 SE2d 275) (1972), held: "This court will upon its own motion dismiss an appeal where it affirmatively appears that a decision would be of no benefit to the complaining party."

(Citations, punctuation and emphasis omitted.) *Chastain v. Baker*, 255 Ga. 432, 433 (339 SE2d 241) (1986).

*Appeal dismissed. Ruffin, P. J., and Pope, Senior Appellate Judge, concur.*

DECIDED OCTOBER 22, 2002.

*Joseph A. Carragher, Jr.*, for appellant.

*Higgins & Dubner, Steven Dubner, Fine & Block, Kenneth I. Sokolov*, for appellee.